## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD MANDELL | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00183 SWW |
| ABC FINANCIAL SERVICES, INC. | * | |
| and DOES 1-10 | * | |
| Defendants | * | |
| | * | |
| | * | |

## ORDER

Pursuant to the parties' stipulation of dismissal and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, without costs to any party.

IT IS SO ORDERED THIS 9TH DAY OF JULY, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE